In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-456 CV


____________________



IN RE JOHNNY LAVELL BOWIE






Original Proceeding






MEMORANDUM OPINION (1)


 Relator seeks a writ of mandamus to compel the Texas Department of Criminal
Justice to credit his sentence with 463 days of time credit. The Texas Department of
Criminal Justice is not a person against whom we may issue a writ of mandamus other than
to protect our jurisdiction, and Relator has not shown that the writ is necessary to enforce
our jurisdiction. See Tex. Gov't Code Ann. § 22.221 (Vernon Supp. 2003).

 The petition for writ of mandamus, filed September 29, 2003, is DENIED. PER CURIAM

Opinion Delivered October 2, 2003

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.